1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone      (415) 421-4347
4  Fax            (650) 289-0636

5  Counsel for Maria Hernandez

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10
    UNITED STATES OF AMERICA,              )   No. CR 11-596 LHK
11                                          )
                    Plaintiff,              )
12                                          )   STIPULATION RE CONTINUANCE
        v.                                  )   OF STATUS DATE; [~~PROPOSED~~]
13                                          )   ORDER
    MARIA HERNANDEZ,                        )
14                                          )
                    Defendant.              )
15  _____ )

16
        It is hereby stipulated between the defendant Maria Hernandez, by and through her attorney of
17
    record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas
18
    M. O'Connell, that the status date of February 29, 2012, at 10:00 a.m. be continued to March 7,
19
    2012, at 10:00 a..m. The reason for this continuance is that the defense counsel has requested some
20
    additional discovery from the government and needs to see the discovery before deciding how to
21
    proceed in the matter.  Further, counsel is waiting for the sentencing of co-defendant Adrian
22
    Gamino, also set for March 7, 2012, in order to better evaluate case strategy.
23
        Under Title 18 U. S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys
24
    for the government and the defense the reasonable time necessary for effective preparation taking
25
    into the account the exercise of due diligence.  Since defense counsel needs additional time to
26
    STIPULATION RE CONTINUANCE;
    [~~PROPOSED~~] ORDER
                                              - 1 -

1 | receive the requested discovery and discuss case developments with her client, the time period from
2 | February 29, 2012, through March 7, 2012, should be excluded.
3 |     It is so stipulated.
4 | Dated:      February 27, 2012              Respectfully submitted,

  \_\_\_/s/ Vicki H. Young_____
  VICKI H. YOUNG, ESQ.
  Attorney for Maria Hernandez

9 | Dated:      February 27, 2012              MELINDA HAAG
                                              UNITED STATES ATTORNEY

  \_\_\_/s/ Thomas M. O'Connell\_\_\_\_
  THOMAS M. O'CONNELL
  Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 2 -

# ~~PROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for February 29, 2012, is continued to March 7, 2012. This Court finds that the period from February 29, 2012, through and including March 7, 2012, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that additional time is needed for defense counsel receive additional discovery and to see whether the co-defendant will be sentenced on March 7, 2012. Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny both the attorney for the government and the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv)

DATED:    2/28/12

_____
LUCY H. KOH
U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[~~PROPOSED~~] ORDER